U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration*  tel: (212) 264-0981
*Office of the General Counsel*       fax: (212) 264-6372
*6401 Security Boulevard,*
*Baltimore, MD 21235*

October 20, 2023

**Via CM/ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

>    Re: *Sanford v. Acting Commissioner of Social Security*
>        Civil Action No. 1:23-cv-07379-VF
>        Letter Request for Extension of Deadlines

Dear Judge Figueredo:

    This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully to request an extension of the deadlines for filing the electronic certified administrative record (eCAR) and subsequent briefing in the above-referenced Social Security case.

    Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the eCAR is presently due to be filed as Defendant's answer by October 23, 2023, Plaintiff's brief is due to be filed by November 22, 2023, Defendant's brief is due to be filed by December 22, 2023, and Plaintiff's Reply brief is due to be filed by January 5, 2024. *See* Supp. R 4, 6-8. However, the eCAR is not ready for filing by October 23, 2023. Therefore, in accordance with the Supplement Rules and the Standing Order issued in this case (ECF No. 7), the undersigned proposes the following modified and comprehensive schedule for future filings in this case:

- The eCAR shall be filed by November 22, 2023,
- Plaintiff's brief shall be filed by January 22, 2024;
- Defendant's brief shall be filed by March 22, 2024; and
- Plaintiff's reply shall be filed by April 5, 2024.

      This is the first request for an extension of the filing deadlines in this case. Plaintiff's counsel has reviewed this proposed schedule and consents to it.

      We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

BY:   */s/ Avni Gandhi*
      Avni Gandhi
      Special Assistant U.S. Attorney
      Office of Program Litigation, Office 2
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      (404) 210-9532
      Avni.gandhi@ssa.gov

cc: Kira Treyvus, Esq. via CM/ECF

---

**Application Granted**

_____
Valerie Figueredo, U.S.M.J.
DATED: October 23, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

---